# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of June, two thousand and sixteen.

Before:     Denny Chin,
                *Circuit Judge*.

―――――――――――――――――――――――――

| | |
|---|---|
| Wells Fargo Bank, N.A., Trustee for the Registered Holders of Salomon Bro Mortgage Securities VII Inc, Mortgage PassThrough Certificates, Series 2000 C2, by Orix Capital Markets LLC, its Attorney in Fact, | **ORDER**<br><br>Docket No. 16-1334 |
|       Plaintiff - Appellee, | |
| v. | |
| Michael Konover, | |
|       Defendant – Appellant. | |

―――――――――――――――――――――――――

      Appellant moves to expedite this appeal and also moves for permission to file his motion to expedite under seal.

      IT IS HEREBY ORDERED that the motions are GRANTED. The appeal shall be heard or submitted as early as the week of August 29, 2016, subject to the approval of the presiding judge.

      For the Court**:**

      Catherine O'Hagan Wolfe,
      Clerk of Court

